# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ROSETTA TAYLOR** § § | |
| vs. § § | CASE NO. 6:16CV274-RC |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 13), filed on December 16, 2016, recommends that the Motion to Dismiss (ECF 9), be granted and that this social security action be dismissed without prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is hereby

**ORDERED** that the Motion to Dismiss (ECF 9) is **GRANTED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE**, such that a proper representative may seek relief on behalf of the minor, J.R.W.

Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **6** day of **January, 2017.**

_____
Ron Clark, United States District Judge